PROB 12B
(7/93)

Report Date: March 17, 2010

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 17 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Robert C. Adams | Case Number: 2:09CR00043-001 |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: 08/07/2009 | Type of Supervision: Supervised Release |
| Original Offense: Passing and Uttering a Counterfeit Obligation of the United States, 18 U.S.C. § 472; Possession of Counterfeit Obligations of the United States, 18 U.S.C. § 472 | Date Supervision Commenced: 03/17/2010 |
| Original Sentence: Prison - 12 months; TSR - 36 months | Date Supervision Expires: 03/16/2013 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17   You shall reside in a Residential Reentry Center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case and to request that the conditions of supervision be modified to authorize up to 180 days of placement in an RRC to meet the impending release needs of Mr. Adams. On March 16, 2010, FCI Herlong notified the U.S. Probation Office of Mr. Adams' scheduled release from custody on March 17, 2010, with a scheduled arrival within the Eastern District of Washington on Friday, March 19, 2010. Accordingly, Mr. Adams had proposed relocation to the Western District of Washington, however, his release plans fell through and he will now report to the Eastern District of Washington without any community resources or an approved release residence.

Mr. Adams was presented with the Waiver of Hearing to Modify Conditions of Supervised Release by FCI Herlong staff prior to his release from custody. As indicated by the enclosed waiver, Mr. Adams has agreed to the proposed modifications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/17/2010

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

March 17, 2010
Date