PROB 12C
(7/93)

Report Date: May 19, 2010

# United States District Court

## for the

## Eastern District of Washington

U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 24 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert C. Adams, III        Case Number: 2:09CR00043-001

Last Reported Address of Offender:
Currently incarcerated at the Spokane County Jail

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 08/07/2009

| | | |
|---|---|---|
| Original Offense: | Passing and Uttering a Counterfeit Obligation of the United States, 18 U.S.C. § 472; Possession of Counterfeit Obligations of the United States, 18 U.S.C. § 472 | |
| Original Sentence: | Prison - 12 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: 03/18/2010 |
| Defense Attorney: | James Parkins | Date Supervision Expires: 03/17/2013 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number        Nature of Noncompliance

1                       **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

                        **Supporting Evidence**: Mr. Adams is considered in violation of his conditions of supervised release by consuming controlled substances, cocaine, morphine, and oxycodone, on or about May 5, 2010.

                        On May 5, 2010, Mr. Adams reported to the probation office and submitted a urinalysis sample. The sample tested presumptively positive for opiates and cocaine. At that time, Mr. Adams admitted to this officer that he had "taken some hydros," which he later explained was hydrocodone. Mr. Adams denied using cocaine and the sample was sent to the laboratory for confirmation.

Prob12C
Re: Adams, Robert C.
May 19, 2010
Page 2

On May 17, 2010, the undersigned officer received the confirmation results from the laboratory, which confirmed the sample positive for cocaine, morphine, and oxycodone.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 19, 2010

s/Samuel Najera

Samuel Najera
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/24/2010
Date