PROB 12C
(7/93)

Report Date: April 10, 2012

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert C. Adams           Case Number: 2:09CR00043-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 08/07/2009

| | | |
|---|---|---|
| Original Offense: | Ct. 1: Passing and Uttering a Counterfeit Obligation of the United States, 18 U.S.C. § 472; Ct. 2: Possession of Counterfeit Obligations of the United States, 18 U.S.C. § 472 | |
| Original Sentence: | Prison - 366 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 12/02/2011 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: 08/01/2014 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number      Nature of Noncompliance

1 & 2        **Standard Condition #2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.

   **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

   **Supporting Evidence**: Mr. Adams failed to report to the U.S. Probation Office and complete a written report within the first 5 days of April 2012, as directed.

   Further, the undersigned officer left messages on Mr. Adams' phone directing him to report on April 2 and 6, 2012. He failed to report on both occasions; however, he left a message acknowledging he had received this officer's message. Mr. Adams' message indicated he "would try to report, but could not make any promises."

Prob12C
Re: Adams, Robert C.
April 10, 2012
Page 2

| | | |
|---|---|---|
| 3 | | **Special Condition #15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |

**Supporting Evidence**: Mr. Adams attends intensive outpatient drug treatment through Pioneer Counseling. He failed to attend required treatment sessions on March 28 and April 4, 2012. He is currently in noncompliance with his court-ordered treatment requirements.

4           **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Adams failed to report for required drug testing at Pioneer Counseling on April 6 and 9, 2012.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 04/10/2012

s/Matthew L. Thompson

Matthew L. Thompson
Supervising U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

04-10-2012
Date