PROB 12C
(7/93)

Report Date: May 30, 2012

# United States District Court

for the

## Eastern District of Washington

U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 31 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert C. Adams              Case Number: 2:09CR00043-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 8/7/2009

Original Offense:      Passing and Uttering a Counterfeit Obligation of the United States, 18 U.S.C. § 472;
                       Possession of Counterfeit Obligations of the United States, 18 U.S.C. § 472

Original Sentence:     Prison - 12 Months              Type of Supervision: Supervised Release
                       TSR - 36 Months

Asst. U.S. Attorney:   Pamela J. Byerly                Date Supervision Commenced: 12/2/2011

Defense Attorney:      Roger Peven                    Date Supervision Expires: 8/1/2014

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: On May 22, 2012, the undersigned officer received a phone call from the ex-girlfriend of the defendant. She reported when she arrived home from work on May 22, 2012, all of Mr. Adams' belongings were gone. Further, she stated that his house key had been left on the kitchen counter. Mr. Adams failed to report this change of address to the undersigned officer.

Mr. Adams was contacted on May 23, 2012, and confronted with the above information. He admitted that he had moved out of the residence, and indicated that he had an alternative residence where he could stay, however, he did not know the address of the residence. He was directed to call the undersigned officer with this information. Mr. Adams failed to follow through with this directive.

2 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

Prob12C
Re: Adams, Robert C.
May 30, 2012
Page 2

| | |
|---|---|
| | **Supporting Evidence**: On May 25, 2012, the undersigned officer was contacted by the Kittitas County Sheriff's Office. It was reported that Mr. Adams was stopped in a vehicle with three convicted felons. The undersigned officer immediately recognized the name of John Burnley, as a local convicted felon from the Spokane area. It was reported that Mr. Adams indicated they were returning from Everett, Washington. It should be noted, Robert Adams did not have permission to leave the Eastern District of Washington. |
| 3 | **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |
| | **Supporting Evidence**: Robert Adams was scheduled to complete an intake at Pioneer Counseling on May 24, 2012, at 1:30 p.m., however, failed to report for his intake appointment. He is currently considered in noncompliance with his drug treatment condition. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/30/2012

s/Matthew L. Thompson

Matthew L Thompson
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

5/31/12
Date