PROB 12C
(7/93)

Report Date: August 21, 2012

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 21 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert C. Adams           Case Number: 2:09CR00043-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 8/7/2009

Original Offense: Passing and Uttering a Counterfeit Obligation of the United States, 18 U.S.C. § 472; Possession of Counterfeit Obligations of the United States, 18 U.S.C. § 472

Original Sentence: Prison - 12 months           Type of Supervision: Supervised Release
                   TSR - 36 months

Asst. U.S. Attorney: Pamela J. Byerly           Date Supervision Commenced: 12/2/2011

Defense Attorney: Roger Peven                   Date Supervision Expires: 8/1/2014

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

1                       **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

                        **Supporting Evidence**: Robert Adams indicated he secured employment at CCI in Spokane, Washington, and was to commence employment on August 20, 2012. However, on that date Mr. Adams reported for work late and was terminated.

2                       **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

                        **Supporting Evidence**: Mr. Adams failed to return to the Spokane Residential Reentry Center on August 20, 2012, and has failed to report a new address to the probation office. His current whereabouts are unknown.

3                       **Special Condition # 15**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program,

including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

**Supporting Evidence**: Robert Adams failed to report to substance abuse counseling as scheduled on August 20, 2012.

4   **Special Condition #16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On August 16, 2012, Mr. Adams was directed by the Sobriety Treatment and Education Program (STEP) and his U.S. probation officer to discontinue consumption of opiate-based medications. He admitted via telephone message to ongoing consumption of opiate-based medications during the weekend of August 18, 2012.

5   **Special Condition #17**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

**Supporting Evidence**: On August 18, 2012, Mr. Adams had unaccounted time in the community when he was allowed to go to Deaconees Medical Center, and his whereabouts where unknown for approximately 3 hours. Robert Adams left the Spokane RRC on August 20, 2012, failed to return, and his current whereabouts are unknown. Subsequently, he has been terminated from the Spokane RRC.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   8/21/2012

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

8/21/12
Date