PROB 12C
(7/93)

Report Date: January 4, 2013

# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert C. Adams          Case Number: 2:09CR00043-001

Address of Offender: Currently in U.S. Marshals Custody

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: 8/7/2009

| | |
|---|---|
| Original Offense: | Passing and Uttering a Counterfeit Obligation of the United States, 18 U.S.C. § 472; Possession of Counterfeit Obligations of the United States, 18 U.S.C. § 472 |
| Original Sentence: | Prison - 12 Months; TSR - 36 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III |
| | Date Supervision Commenced: 12/2/2011 |
| Defense Attorney: | Jaime Hawk |
| | Date Supervision Expires: 8/1/2014 |

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 8/21/2012.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

6     **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

        **Supporting Evidence**: On January 4, 2013, Robert Adams was arrested in the Western District of Washington. Mr. Adams did not have permission to leave the Eastern District of Washington.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    01/04/2013

s/Richard Law

Richard Law
U.S. Probation Officer

Prob12C
Re: Adams, Robert C.
January 4, 2013
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

_____
Signature of Judicial Officer

1/9/2013
Date